# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MICHAEL FRANCO, | ) CV 04-5048-UA |
| | ) |
| Plaintiff, | ) ORDER FOR STATUS REPORT |
| | ) AND ORDER TO SHOW CAUSE |
| v. | ) |
| CCI F. POPADAK, et al., | ) |
| | ) |
| Defendants. | ) |

   IT IS HEREBY ORDERED that plaintiff file with this Court within twenty days of the date of this Order a detailed and factual report on the status of this litigation.

   IT IS FURTHER ORDERED that plaintiff show cause within twenty days of the date of this Order why said action should not be dismissed for failure to diligently prosecute. Fed.R .Civ.P. 4(m); Local Rule 12.

Failure to timely comply with this Order shall result in the case being dismissed with prejudice pursuant to Local Rule 12 and Fed.R.Civ.P. 4(m).

DATED: July 15, 2010

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE