1
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT

10        CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

11
12
13
14

15   MICHAEL FRANCO,                ) CV 04-5048-UA
                                    )
16                 Plaintiff,       ) ORDER DISMISSING COMPLAINT
                                    ) FOR FAILURE TO PROSECUTE
17   vs.                            )
                                    )
18   CCI F. POPADAK, et al.,        )
                                    )
19                 Defendants.      )
                                    )
20   ─────────────────────────────

21        On July 15, 2010, the court ordered that pro per plaintiff file with this Court,

22   within twenty days, a detailed and factual report on the status of this litigation.

23        Plaintiff failed to show cause within twenty days of the date of the July 15,

24   2010 Order why the action should not be dismissed for failure to diligently prosecute.

25   Moreover, the Court's Order was returned by the prison as undeliverable.

26        Plaintiff was warned that failure to timely comply with the July 15, 2010 Order

27   would result in the case being dismissed without prejudice.  The Complaint is

28

dismissed pursuant to Local Rules 41-1 and 41-6.

DATED: August 24, 2010

_____
AUDREY B. COLLINS
CHIEF  UNITED  STATES  DISTRICT  JUDGE

Presented by:

Dated: August 24, 2010

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE